IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00399-BNB

RUSSELL G. BENNING,

    Plaintiff,

v.

P. A. BRIAN WEBSTER,
DR. J. FORTUNATE, and
P. A. KATHERYN RITTENHOUSE, all named Defendants in their personal and official capacities and all John and Jane Does currently not known by name to be addressed at a later time,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion for a "Status Summary Update" is GRANTED. The clerk of the Court is directed to mail to Plaintiff a copy of the docket sheet for the instant action.

Dated: May 6, 2008

Copies of this Minute Order mailed on May 6, 2008, to the following:

Russell G. Benning
Reg. No. 58771
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                Secretary/Deputy Clerk