IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00399-BNB

RUSSELL G. BENNING,

    Plaintiff,

v.

P. A. BRIAN WEBSTER,
DR. J. FORTUNATE, and
P. A. KATHERYN RITTENHOUSE, all named Defendants in their personal and official capacities and all John and Jane Does currently not known by name to be addressed at a later time,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00399-BNB

Russell Benning
Prisoner No. 58771
Sterling Correctional Facility
PO Box 6000 - Unit 33
Sterling, CO 80751-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/6/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk