IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 4 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00399-EWN-CBS

RUSSELL G. BENNING,

    Plaintiff,

v.

P.A BRIAN WEBSTER,
DR. J. FORTUNATE, and
P.A. KATHERYN RITTENHOUSE, all named Defendants in their personal and official capacities and all John and Jane Does currently not known by name to be addressed at a later time,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: May 14, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00399-EWN-CBS

Russell G. Benning
Doc No. 58771
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Brian Webster, Dr. J. Fortunate, and Katheryn Rittenhouse - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Brian Webster, Dr. J. Fortunate, and Katheryn Rittenhouse and to John Suthers: AMENDED COMPLAINT FILED 3/31/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/14/08.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk