IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00399-EWN-CBS

RUSSELL G. BENNING,
    Plaintiff,
v.

P.A. BRIAN WEBSTER,
DR. J. FORTUNAT,
P.A. KATHARYN RITTENHOUSE,
All named Defendants in their personal and official capacities, and
all John Does and Jane Does currently not known by name to be addressed at a later time,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Benning's "Motion for Order to Dept. of Corrections of Colorado" (filed May 23, 2008) (doc. # 20). Pursuant to the Order of Reference dated May 15, 2008 (doc. # 19) and the memorandum dated May 27, 2008 (doc. # 22), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Benning's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Benning asks the court to order "the Dept. of Corrections to automatically take 20% of all earnings that are deposited to offender[']s account every month and have this monies sent to the court for the cost of the filing fees." Pursuant to the court's March 7, 200 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 6), the responsibility remains with

1

Mr. Benning for ensuring that monthly filing fee payments are made or for demonstrating why a payment cannot be made. This is the standard practice of the U.S. District Court for the District of Colorado in all prisoner cases. Mr. Benning must monitor his own financial resources and comply with the applicable rules and regulations existing at the facility where he is incarcerated to meet his monthly filing fee obligations. Mr. Benning must make the required monthly payments or show cause each month by filing a certified copy of his inmate trust account statement to show that he has no assets and no means by which to make the monthly filing fee payment. Accordingly,

IT IS ORDERED that Mr. Benning's "Motion for Order to Dept. of Corrections of Colorado" (filed May 23, 2008) (doc. # 20) is DENIED.

DATED at Denver, Colorado, this 27th day of May, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge