IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00399-EWN-CBS

RUSSELL G. BENNING,
    Plaintiff,
v.

P.A. BRIAN WEBSTER,
DR. J. FORTUNAT,
P.A. KATHARYN RITTENHOUSE,
All named Defendants in their personal and official capacities, and
all John Does and Jane Does currently not known by name to be addressed at a later time,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Benning's letter filed on June 23, 2008 (doc. # 27) (docketed by the Clerk of the Court as "Motion requesting status of writ of precipe . . . "). Pursuant to the Order of Reference dated May 15, 2008 (doc. # 19) and the memorandum dated June 28, 2008 (doc. # 28), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Benning's letter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Benning asks "about the status of The Writ of Precipe that was filed with the complaint." The court has not found in the filings in this case a "Writ of Precipe." In any event, the Local Rules of Practice of the United States District Court for the District of Colorado do not provide for a "writ of precipe." Accordingly,

    IT IS ORDERED that Mr. Benning's letter requesting the status of "The Writ of

1

Precipe that was filed with the complaint" (filed June 23, 2008) (doc. # 27) is DENIED.

DATED at Denver, Colorado, this 30th day of June, 2008.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge