IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00399-EWN-CBS

RUSSELL G. BENNING,
     Plaintiff,
v.

P.A. BRIAN WEBSTER,
DR. J. FORTUNAT,
P.A. KATHARYN RITTENHOUSE,
All named Defendants in their personal and official capacities, and
all John Does and Jane Does currently not known by name to be addressed at a later
time,
     Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

     This civil action comes before the court on Mr. Benning's "Motion for Stay" (filed

July 24, 2008) (doc. # 38).  Pursuant to the Order of Reference dated May 15, 2008

(doc. # 19) and the memorandum dated July 25, 2008 (doc. # 40), this matter was

referred to the Magistrate Judge.  The court has reviewed Mr. Benning's Motion, the

entire case file, and the applicable law and is sufficiently advised in the premises.

     Mr. Benning asks that "the court hold off from any further process of this case . .

. due to the fact that the 'writ preacipe' is now at this time in the appeals Court and not

been ruled on . . . ."  On July 23, 2008, one day before Mr. Benning filed this Motion,

the Tenth Circuit Court of Appeals dismissed Mr. Benning's appeal for lack of

jurisdiction because no final or appealable order has been entered by the district court.

Mr. Benning's appeal no longer provides a basis for a stay.  Accordingly,

IT IS ORDERED that Mr. Benning's "Motion for Stay" (filed July 24, 2008) (doc. # 38) is DENIED as moot.

DATED at Denver, Colorado, this 28th day of July, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge