IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00399-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 15, 2008 | Courtroom Deputy: Kathleen Finney |

| | |
|---|---|
| RUSSELL BENNING, | *Pro se,* via telephone |
| **Plaintiff,** | |
| v. | |
| P.A. BRIAN WEBSTER, *et al.*, | Jennifer S. Huss |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 10:49 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

Status Conference is based on two pending motions [Docket Nos. 30 and 46].

Discussion is held regarding the status of a writ filed in the United States Supreme Court.

Plaintiff makes an Oral Motion to withdraw the Motion to Stay Proceedings [Docket No. 46, filed 8/08/2008].

**It is ORDERED:** Plaintiff's Oral Motion to Withdraw the Motion to Stay Proceedings [Docket No. 46, filed 8/08/2008] is **granted.** The motion (*doc. 46*) is hereby **withdrawn.**

The parties discuss Defendants' Motion to Dismiss [Docket No. 30, filed 7/11/2008].

HEARING CONCLUDED.

**Court in recess**: 11:32 a.m.
Total time in court: 00:43