FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00399-EWN-CBS

RUSSELL G. BENNING,
    Plaintiff,
v.

BRIAN WEBSTER, P.A.,
DR. J. FORTUNAT[O], and
P.A. KATH[RYN] RITTENHOUSE,
    Defendants.

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for personal service of the Second Amended Complaint (doc. # 10 as supplemented by doc. # 12). Mr. Benning is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* March 7, 2008 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 6)). The Second Amended Complaint was apparently accepted by the Clerk of the Court for filing on April 29, 2008. (*See* docs. # 10 and # 12).

Defendant Kathryn Rittenhouse has not waived service as she is no longer employed with and cannot be served through the Colorado Department of Corrections ("CDOC"). (*See* doc. # 18). While the CDOC has informed the court of Defendant Rittenhouse's forwarding address, to date no return of service has been filed with the court by the U.S. Marshal's office.

Accordingly, IT IS ORDERED that:

1.    The Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from **Defendant Kathryn Rittenhouse** at the address filed with the court on May 15, 2008 (doc. # 18).

2.    If a waiver of service cannot be obtained by the Clerk, the United States

1

Marshal shall serve a copy of the Second Amended Complaint (doc. # 10 as supplemented by doc. # 12) and summons upon Defendant Rittenhouse. Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

3. After service of process on her, Defendant Rittenhouse shall respond to the Second Amended Complaint (doc. # 10 as supplemented by doc. # 12) as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 17th day of September, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**AMENDED CERTIFICATE OF MAILING DOCUMENT 17
ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

Civil Action No. 08-cv-00399-EWN-CBS

Russell G. Benning
Doc No. 58771
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: P.A. Kathryn Rittenhouse

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Kathryn Rittenhouse: AMENDED COMPLAINT FILED 03/31/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk