IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00399-PAB-CBS

RUSSELL BENNING,

    Plaintiff,

v.

BRIAN WEBSTER, P.A. Sterling Correctional Facility,
DR. J FORTUNATO, Sterling Correctional Facility, and
KATHRYN RITTENHOUSE, P.A. Sterling Correction Facility,

    Defendants.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Craig B. Shaffer filed on February 12, 2009 [Docket No. 62]. The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties. *See also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 12, 2009. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, I have reviewed the Recommendation to

satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 62] is ACCEPTED.  It is further

**ORDERED** that defendants Webster and Fortunato's Motion to Dismiss filed July 11, 2008 [Docket No. 30] and Defendant Rittenhouse's Motion to Dismiss filed October 21, 2008 [Docket No. 55] are DENIED IN PART insofar as plaintiff has minimally stated an Eighth Amendment claim against defendants Webster and Rittenhouse with regard to the denial of pain medication.  It is further

**ORDERED** that defendants Webster and Fortunato's Motion to Dismiss filed July 11, 2008 [docket No. 30] and Defendant Rittenhouse's Motion to Dismiss filed October 21, 2008 [docket No. 55] are GRANTED IN PART with regard to all other claims asserted and defendants named in the Second Amended Complaint [Docket No. 10, as modified by Docket No. 12].

DATED March 24, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).