IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00399-PAB-CBS

RUSSELL G. BENNING,
    Plaintiff,
v.

BRIAN WEBSTER, P.A., and
P.A. KATHERYN RITTENHOUSE,
    Defendants.

---

ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on District Judge Brimmer's "Order Accepting Magistrate Judge's Recommendation" (filed March 24, 2009) (doc. # 63). Pursuant to the General Order of Reference dated May 15, 2008 (doc. # 19), this civil action was referred to the Magistrate Judge to, *inter alia,* "[h]ear and determine any pretrial matter which has been or will be presented in this case . . . ." In light of the March 24, 2009 Order, this case is proceeding against Defendants Webster and Rittenhouse on a single claim alleging violation of the Eighth Amendment based on denial of pain medication. (*See* doc. # 63 at p. 2 of 2; *see also* doc. # 62 at pp. 12-13). Accordingly,

    IT IS ORDERED that **a Preliminary Scheduling Conference is set on Thursday April 30, 2009 at 8:30 a.m. in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.** At the Preliminary Scheduling Conference, the court will address the status of the case, the filing of any motions, and what discovery if any is needed. **Mr. Benning shall appear and participate in the hearing either in person or via telephone by calling (303) 844-2117 at the scheduled time.** Mr. Benning is warned that failure to appear at the Preliminary Scheduling Conference set on April 30, 2009 at 8:30 a.m. may result in a Recommendation that this civil action be dismissed without further notice.

DATED at Denver, Colorado, this 26th day of March, 2009.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge